**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LIBERTY MUTUAL PERSONAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JACKI BEAL and JASON DUDLEY, )<br>)<br>Defendants. )<br>) | No. 20-cv-574 JPG |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 36). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** without prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: March 5, 2021

                                                                *s/J. Phil Gilbert*
                                                                UNITED STATES DISTRICT JUDGE